UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

STEVENSON CHARLES,
    Plaintiff,

vs.                                                Case No.: 5:22cv97-TKW-MJF

RATRICE BARNES, et al.,
    Defendants.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 46). No objections were filed.

Upon due consideration of the Report and Recommendation and the entire case file, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to comply with court orders and the local rules. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is DISMISSED without prejudice.

3. The Clerk shall enter judgment in accordance with this Order and close the case.

**DONE and ORDERED** this 25th day of September, 2023.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**